## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

KEVIN H. BOGGS                                          :          CIVIL ACTION
159 Hunt Dr., HORSHAM, PA 19044                         :
             v.                                         :
RADIUS GLOBAL SOLUTIONS,                                :
7831 Glenroy Rd-Ste 250, Edina, MN 55439-3117           :          NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                 ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                        ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( X)

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.        ( )


September 14, 2018            Andrew J. Blady, Esq.          Radius Global Solutions
_____      _____       _____
**Date**                     **Attorney-at-law**            **Attorney for**
(267) 544-0840               (267) 935-7382                 ablady@sessions.legal
_____      _____       _____

**Telephone**                **FAX Number**                 **E-Mail Address**


(Civ. 660) 10/02

### Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)        The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)        In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management or Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)        The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)        Nothing in this Plan is intended to abrogate or limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)        Nothing in this Plan is intended to supersede Local Civil Rules 40.1 and 72.1, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

### SPECIAL MANAGEMENT CASE ASSIGNMENTS
### (See §1.02 (e) Management Track Definitions of the
### Civil Justice Expense and Delay Reduction Plan)

Special Management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such cases as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual stockholders; stockholder's derivative and stockholder's representative actions; class actions or potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues. See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| KEVIN H. BOGGS | RADIUS GLOBAL SOLUTIONS |

| (b) County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant _____ <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |
|---|---|
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* <br> Fred Davis, Esq. Davis Consumer Law Firm, 2300 Computer Rd.-Ste <br> G39, Willow Grove, PA 19090 Telephone: (855) 432-8475 | Attorneys *(If Known)* <br> Andrew J. Blady, Esq., Sessions, Fishman, Nathan & Israel,3682 <br> Green Ridge Road, Furlong, PA 18925, Telephone: (267) 544-0840 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place <br> of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br> of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br> Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment <br> & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted <br> Student Loans <br> (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment <br> of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product <br> Liability <br> ☐ 320 Assault, Libel & <br> Slander <br> ☐ 330 Federal Employers' <br> Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product <br> Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle <br> Product Liability <br> ☐ 360 Other Personal <br> Injury <br> ☐ 362 Personal Injury - <br> Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - <br> Product Liability <br> ☐ 367 Health Care/ <br> Pharmaceutical <br> Personal Injury <br> Product Liability <br> ☐ 368 Asbestos Personal <br> Injury Product <br> Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal <br> Property Damage <br> ☐ 385 Property Damage <br> Product Liability | ☐ 625 Drug Related Seizure <br> of Property 21 USC 881 <br> ☐ 690 Other <br><br><br> **LABOR** <br> ☐ 710 Fair Labor Standards <br> Act <br> ☐ 720 Labor/Management <br> Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical <br> Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement <br> Income Security Act | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal <br> 28 USC 157 <br><br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated <br> New Drug Application <br> ☐ 840 Trademark <br> **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br><br> **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff <br> or Defendant) <br> ☐ 871 IRS—Third Party <br> 26 USC 7609 | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC <br> 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and <br> Corrupt Organizations <br> ☒ 480 Consumer Credit <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ <br> Exchange <br> ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information <br> Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure <br> Act/Review or Appeal of <br> Agency Decision <br> ☐ 950 Constitutionality of <br> State Statutes |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☐ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ <br> Accommodations <br> ☐ 445 Amer. w/Disabilities - <br> Employment <br> ☐ 446 Amer. w/Disabilities - <br> Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate <br> Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - <br> Conditions of <br> Confinement | **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration <br> Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
15 U.S.C. § 1692, et seq.

Brief description of cause:
alleged violations of the Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE
09/13/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ Andrew J. Blady, Esq.

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

 **(b)**  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

 **(c)**  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**  **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**  **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: c/o Fred Davis, Esq., Davis Consumer Law Firm, 2300 Computer Rd., Ste G39, Willow Grove, PA 19090

Address of Defendant: c/o Andrew J. Blady, Esq., Sessions Fishman Nathan & Israel, 3682 Green Ridge Road, Furlong, PA 18925

Place of Accident, Incident or Transaction: _____ Chester County, PA _____

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 09/14/2018 _____   _____*Attorney-at-Law / Pro Se Plaintiff*_____   _____84354_____
*Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.**   *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☑ 11. All other Federal Question Cases
  *(Please specify):* _____ FDCPA _____

**B.**   *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

### ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff*, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____*Attorney-at-Law / Pro Se Plaintiff*_____   _____*Attorney I.D. # (if applicable)*_____

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| KEVIN H. BOGGS<br>159 Hunt Dr.<br>HORSHAM, PA<br>19044 | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| RADIUS GLOBAL SOLUTIONS<br>7831 Glenroy Rd-Ste 250<br>Edina, MN<br>55439-3117 | )   Case No.<br>)<br>)<br>) |
| Defendant. | |

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1367, defendant, Radius Global Solutions, LLC incorrectly named Radius Global Solutions ("RGS"), hereby removes the above captioned civil action from the Chester County Court of Common Pleas, Commonwealth of Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania. The removal of this civil action is proper because:

1.     Plaintiff, Kevin H. Boggs ("plaintiff"), filed suit in the Chester County Court of Common Pleas, Commonwealth of Pennsylvania, captioned as *Kevin H. Boggs v. Radius Global Solutions,* Case No. 2018-08253-MJ (hereinafter the "State Court Action"), against RGS.

1

2.      Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, RGS removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3.      The Summons with Notice in the State Court Action (hereinafter the "Notice") asserts claims under the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*

4.      Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original federal question jurisdiction over plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331.

5.      Pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal. RGS was served with the Notice on August 20, 2018. This Notice of Removal is being filed within 30 days from effective service of the Notice on RGS.

6.      Attached hereto as **Exhibit A** and incorporated by reference as part of this Notice of Removal is a true and correct copy of the Summons with Notice and filings in the State Court Action. No further proceedings have taken place in the State Court Action.

7.      A copy of this Notice of Removal is being sent concurrently to the Chester County Court of Common Pleas, Commonwealth of Pennsylvania. See **Exhibit B,** attached hereto.

8.      Chester County Court of Common Pleas, Commonwealth of Pennsylvania is located within the Eastern District of Pennsylvania. Therefore, venue for purposes of removal is proper because the United States District Court for the Eastern District of

Pennsylvania embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

9.      Removal of plaintiff's State Court Action is proper under 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, RGS hereby removes the State Court Action to this Honorable Court.

Dated: September 14, 2018             Respectfully Submitted,

/s/ Andrew J. Blady
Andrew J. Blady
SESSIONS FISHMAN NATHAN & ISRAEL
3682 Green Ridge
Furlong, PA 18925
Telephone: (267) 544-0840
Facsimile: (267) 935-7382
E-Mail:  ablady@sessions.legal
*Attorney for Defendant*
*Radius Global Solutions, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Pennsylvania and served upon the following:

Frederick Edward Davis, IV
Davis Consumer Law Firm
2300 Computer Road, Suite G39
Willow Grove, PA  19090
Attorney for Plaintiff

/s/ Andrew J. Blady
Andrew J. Blady

4

# EXHIBIT A



**Davis**
CONSUMERLAWFIRM
*Working For The People*
Debt Defense, Unfair Debt Collection, Lemon Law, Defective Consumer Products
**WWW.USACREDITLAWYER.COM; TOLL-FREE:1-855-432-8475; EMAIL-fdavis@usacreditlawyer.com**
**CORPORATE HEADQUARTERS: 2300 Computer Rd.-Ste G39, Willow Grove, Pa 19090**
***Board Certified by the New Jersey Supreme Court as a Civil Trial attorney**
**Awarded "Rising Star" by Pennsylvania Superlawyer Magazine**

August 15, 2018

RADIUS GLOBAL SOLUTIONS
7831 Glenroy Rd.-Ste 250
Edina, MN                                                                    AUG 20 13:37
55439-3117

RE: **Kevin H. Boggs v Radius Global Solutions**
**Chester County C.C.P. Docket No.:2018-08253-MJ**


Dear Sir/Madam:

Please accept the enclosed in accordance with Pennsylvania Rule of Civil Procedure 403. Please be advised also that responsive pleading are due within twenty days of receipt of these complaints. Please contact me if you would like to discuss a resolution prior to filing your Answers. I can be reached by email or phone at the number listed above.

Please also refrain from any contact with Mr. Boggs or any third-parties regarding this or any other alleged debts and instead communicate exclusively through my office. Please also ensure that Mr. Boggs' credit reports are updated to reflect the fact that this debts are disputed and that the actual dates of the alleged default/last account activity are listed.

Very Truly Yours,

Fred Davis, Esq.

**Supreme Court of Pennsylvania**
**Court of Common Pleas**
**Civil Cover Sheet**
<u>CHESTER</u> County

| For Prothonotary Use Only | Filed and attested by |
| Docket No: | PROTHONOTARY |
| 2018-08253-MJ | Aug 2018 01:40 PM |
| | B. Yeatts |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

| Commencement of Action | |
|---|---|
| ✔ Complaint          Writ of Summons          Petition | |
| Transfer from Another Jurisdiction          Declaration of Taking | |
| **Lead Plaintiff's Name:** | **Lead Defendant's Name:** |
| KEVIN H BOGGS | RADIUS GLOBAL SOLUTIONS |
| **Are money damages requested?** ✔ Yes    No | Dollar Amount Requested:    ✔ Within arbitration limits |
| | (check one)    outside arbitration limits |
| **Is this a Class Action Suit?**    Yes ✔ No | **Is this an MDJ Appeal?**    Yes ✔ No |
| Name of Plaintiff/Appellant's Attorney: fred c davis, iv | |
| Check here if you have no attorney(are a Self-Represented [Pro Se] Litigant) | |

**Nature of the Case:** Place "X" to the left of the ONE case category that most appropriately describes your PRIMARY CASE.
If you are making more than one type of claim, check the one that you consider most important.

| TORT (do not include Mass Tort) | CONTRACT (do not include Judgments) | CIVIL APPEALS |
|---|---|---|
| Intentional | Buyer Plaintiff | Administrative Agencies |
| Malicious Prosecution | Debt Collection: Credit Card | Board of Assessment |
| Motor Vehicle | Debt Collection: Other | Board of Elections |
| Nuisance | Employment Dispute: | Dept. of Transportation |
| Premises Liability | Discrimination | Statutory Appeal: Other |
| Product Liability(does not include mass tort) | Employment Dispute: Other | Zoning Board |
| Slander/Libel/Defamation | Other | Other: |
| Other: | | |
| **MASS TORT** | **REAL PROPERTY** | **MISCELLANEOUS** |
| Asbestos | Ejectment | Common Law/Statutory Arbitration |
| Tobacco | Eminent Domain/Condemnation | Declaratory Judgement |
| Toxic Tort - DES | Ground Rent | Mandamus |
| Toxic Tort - Implant | Landlord/Tenant Dispute | Non-Domestic Relations |
| Toxic Waste | Mortgage Foreclosure: Residential | Restraining Order |
| Other: | Mortgage Foreclosure: Commercial | Quo Warranto |
| | Partition | Replevin |
| **PROFESSIONAL LIABILITY** | Quiet Title | ✔ Other: |
| Dental | Other: | |
| Legal | | |
| Medical | | |
| Other Professional | | |

2018-08253-MJ

**Chester County**
**Court of Common Pleas**
**Cover Sheet**

| Docket No: |
| --- |
| **2018-08253-MJ** |

| Plaintiff(s): (Name, Address) | Plaintiff's/Appellant's Attorney(circle one) |
| --- | --- |
| **KEVIN H BOGGS**<br>159 HUNT RD.   HORSHAM, PA  19044 | (Name, firm. address, telephone and attorney ID#)<br>**fred e davis, iv**<br>(855) 432-8475 davis consumer law firm attorney ID#: 093907<br>2300 Computer Rd Suite G39 Willow Grove, PA 19090 |
| Defendant(s): (Name, Address)<br>**RADIUS GLOBAL SOLUTIONS**<br>7831 GLENROY RD. STE 250  EDINA, MN  55439 | Are there any related cases? Please provide case nos. |

**Defendants who are proceeding without counsel are strongly urged to file with the Prothonotary a written statement of an address AND a telephone number at which they can be reached**

Commencement of Action (if applicable): ___ Agreement for an Amicable Action ___ Motion to Confirm Arbitration Award
Notice of Appeal

If this is an appeal from a Magisterial District Judgement, was appellant ___ Plaintiff or ___ Defendant in the original action?

Jury Trial Demanded   ✔ Yes   ___ No

Nature of case if not on previous cover sheet - Please choose the most applicable

| | |
| --- | --- |
| ___ Annulment | ___ Writ of Certiorari |
| ___ Custody - Conciliation Required | ___ Injunctive Relief |
| ___ Custody - Foreign Order | ___ Mechanics Lien Claim |
| ___ Custody - No Conciliation Required | ___ Issuance of Foreign Subpoena |
| ___ Divorce - Ancillary Relief Request | ___ Name Change |
| ___ Divorce - No Ancillary Relief Requested | ___ Petition for Structured Settlement |
| ___ Foreign Divorce | |
| ___ Foreign Protection from Abuse | |
| ___ Paternity | |
| ___ Protection from Abuse | |
| ___ Standby Guardianship | |

| **Arbitration Cases Only** | | **Notice of Trial Listing Date** |
| --- | --- | --- |
| Arbitration Date | 2019-02-15 | Pursuant to C.C.R C.P. 249.3, if this case is not subject to compulsory arbitration it will be presumed ready for trial twelve (12) months from the date of the initiation of the suit and will be placed on the trial list one (1) year from the date the suit was filled unless otherwise ordered by the Court. |
| Arbitration Time | 09:00:00 | |

Defendants are cautioned that the scheduling of an arbitration date does not alter the duty of the defendant to respond to the complaint and does not prevent summary disposition form occurring prior to the arbitration date.

This matter will be heard by a Board of Arbitrators at the time and date specified but, if one or more of the parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties. There is no right to a trial *de novo* on appeal from a decision entered by a judge.

To obtain relief from automatic trial listing a party must proceed pursuant to C.C.R.C.P. 249.3(b), request an administrative conference and obtain a court order deferring the placement of the case on the trial list until a later date.

**File with:** Chester County Justice Center, Prothonotary Office, 201 W. Market St., Ste. 1425, PO Box 2746, West Chester, PA 19380-0989

*2018-08253-MJ*

Fred Davis, Esq.
Identification No. 93907
DAVIS CONSUMER LAW FIRM
2300 Computer Rd.-Ste G33
WILLOW GROVE, PA   19090
(T)1-855-432-8475/(F)1-855-435-9294
fdavis@usacreditlawyer.com

ATTORNEY FOR PLAINTIFF

THIS IS AN ARBITRATION MATTER
ASSESSMENT OF DAMAGES
HEARING IS REQUESTED.

Filed and Attested by
PROTHONOTARY
14 Aug 2018 01:40 PM
E. Brady

| | |
|---|---|
| KEVIN E. BOGGS<br>159 Hunt Dr.<br>HORSHAM, PA.<br>19044<br><br>*Plaintiff*<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS<br>7831 Glenroy Rd.-Ste 250<br>Edina, MN<br>55439-3117<br><br><br>*Defendant* | COURT OF COMMON PLEAS<br>CHESTER COUNTY<br><br><br><br>CIVIL ACTION<br><br><br><br>DOCKET NO.: |

## NOTICE TO DEFEND
## CODE: 1900

You have been sued in court. If you wish to defend against the claims set forth in the following
pages, you must take action within twenty (20) days after this complaint and notice are served,
by entering a written appearance personally or by attorney and filing in writing with the court
your defenses or objections to the claims set forth against you. You are warned that if you fail to
do so the case may proceed without you and a judgment may be entered against you by the court
without further notice for any money claimed in the complaint or for any other claim or relief
requested by the plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT
HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE
OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**CHESTER COUNTY BAR ASSOCIATION-LAWYER REFERRAL & INFO SERVICE**
Chester Bar Association
15 W Gay St. #2.
West Chester, PA
19380

*2018-98253-MJ*

Phone: (610) 593-1849
AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

SERVICIO DE REFERENCIA LEGAL
Colegio de Abogados de Chester
15 W Gay St #2,
West Chester, PA
19380
Phone: (610) 592-1529

*2018-08253-MJ*

Fred Davis, Esq.
Identification No. 93907
DAVIS CONSUMER LAW FIRM
2300 Computer Rd.-Ste 039
WILLOW GROVE, PA  19090
(T)1-855-432-8475/(F)1-855-435-9294
fdavis@usacreditlawyer.com

ATTORNEY FOR PLAINTIFF

THIS IS AN ARBITRATION MATTER
ASSESSMENT OF DAMAGES
HEARING IS REQUESTED.


Filed and Attested by
PHOTOMONTARY
14 Aug 2018 01:40 PM
S. Feary

| | |
|---|---|
| KEVIN H. BOGGS<br>159 Hunt Dr.<br>HORSHAM, PA<br>19044<br><br>*Plaintiff*<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS<br>7831 Glenroy Rd.-Ste 250<br>Edina, MN<br>55439-3117<br><br>*Defendant* | COURT OF COMMON PLEAS<br>CHESTER COUNTY<br><br><br>CIVIL ACTION<br><br><br><br>DOCKET NO.: |

### COMPLAINT

1.      Plaintiff, KEVIN H. BOGGS, is an adult individual citizen and
legal resident of the State of Pennsylvania, living at 159 Hunt Dr., Horsham, PA, 19044.

2.      Defendant, RADIUS GLOBAL SOLUTIONS, is a business corporation
qualified to and regularly conducting business in, the Commonwealth of Pennsylvania, with its
legal residence and principal place of business at 7831 Glenroy Rd.-Ste 250, Edina, MN 55439-
3117. Defendant can be served at that address.

3.      Plaintiff avers that at all times material hereto, Defendant acted by
and through its authorized agents, servants, officers, and/or employees, including Defendant, all
of whom were acting within the scope of their employment.

## JURISDICTION AND VENUE

4.    Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction".

5.    Defendant regularly conducts business in the State of Pennsylvania and in the County of Chester, therefore, personal jurisdiction is established.

6.    Venue is proper in Chester County pursuant to Pennsylvania Rule(s) of Civil Procedure §§ 1006 and 2179.

7.    Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

## PARTIES

8.    Plaintiff is a natural person residing in Phila., PA. Some/all of the transactions comprising the alleged debt occurred in Chester County.

9.    Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3). The transactions comprising the alleged debt were for consumer related purchases, such as household hoods, food, clothing, etc.

10.    Defendant, RADIUS GLOBAL SOLUTIONS, is a company handling debt collection matters with headquarters located at 7831 Glenroy Rd.-Ste 250, Edina, MN 55439-3117.

11.    Defendant is a debt collector as that term is defined by 15 U.S.C. §1692a(6), and sought to collect a consumer debt from Plaintiff, as the alleged debt in questions stems from the acquisition of personal goods and services, such as household items, clothing, groceries, etc.

12.    Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and

insurers.

## FACTUAL ALLEGATIONS

13.     Throughout the past year, Defendant has contacted Plaintiff attempting to collect a debt it alleges originated with "CITIBANK/SEARS GOLD MASTERCARD" in the amount of $7,429.44.

14.     Plaintiff alleges and avers that Defendant contacted Plaintiff at irregular times and places, and often times hung up, in violation of 15 U.S.C. §§ 1692c(a)(1) and d.

15.     Plaintiff alleges and avers that Defendant sought to collect amounts comprised largely of improper fees and/or interest, and Defendant's collection efforts were thus in violation of 15 U.S.C. §§1692e and f.

16.     Plaintiff alleges and avers that any litigation premised on the debt alleged is beyond the statute of limitations as prescribed in 42 Pa. CS § 5525(a)(1), and Defendant's failure to disclose same is in violation of 15 U.S.C. §1692e(2).

17.     Plaintiff alleges and avers that Defendant's collection efforts are not authorized by a written agreement between Plaintiff and alleged original creditor, in violation of 15 U.S.C. §§ 1692e(2) and f(1).

18.     Plaintiff alleges and avers that Defendant would often call without identifying itself, in violation of 15 U.S.C. § 1692d(6).

19.     Plaintiff alleges and avers that Defendant is not authorized to collect debts in Pennsylvania, and Defendant thereby violated 15 U.S.C. §§ 1692e(2) and f(1).

## COUNT I
## THE FAIR DEBT COLLECTION PRACTICES ACT ("FDCPA")

20.     In its actions to collect a disputed debt, Defendant violated the FDCPA in one or more of the following ways:

        a.   Harassing, oppressing or abusing Plaintiff in connection with the

collection of a debt in violation of 15 U.S.C. § 1692d.

               b.  Using misrepresentations or deceptive means to collect a debt in violation of 15 U.S.C. § 1692e(10).

               c.  Using unfair or unconscionable means to collect a debt in violation of 15 U.S.C. §1692f.

               d.  By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

WHEREFORE, Plaintiff, KEVIN H. BOGGS, respectfully prays for a judgment as follows:

               a.      All actual compensatory damages suffered pursuant to 15 U.S.C. § 1692k(a)(1);

               b.      Statutory damages of $1,000.00 for each violation of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

               c.      All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. § 1693k(a)(3); and

               d.      Any other relief deemed appropriate by this Honorable Court.

## COUNT TWO
## THE PENNSYLVANIA UNFAIR TRADE PRACTICES ACT AND CONSUMER PROTECTION LAW ("UFTPL")

21.    Plaintiff hereby incorporates all facts and allegations specified in paragraphs above, by reference as if fully set forth at length.

22.    Plaintiff is a "Person" as defined by 73 P.S. § 201-2(2).

23.    Defendant is a "Person(s)" as defined by 73 P.S. § 201-2(2).

24.    The Pennsylvania Unfair Trade Practices and Consumer

Protection Act, 73 P.S. § 201-2(4), defines "unfair or deceptive acts or practices" to include the following:

  (a) Causing likelihood of confusion or of misunderstanding as to the source, sponsorship, approval or certification of goods or services;

  (b) Causing likelihood of confusion or of misunderstanding as to affiliation, connection or association with, or certification by, another;

  (c) Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding;

  (d) Any violation of 73 Pa. Cons. Stat. Ann. § 2270.

  25. Plaintiff alleges and avers that Defendant violated the Act by misrepresenting that any debt was owed, and further by claiming that improper fees and exorbitant charges were part of the alleged debt, and that this and Defendant's other conduct referenced herein complained of herein amounts to violations of the Fair Credit Uniformity Extension Act, 73 Pa. C.S. § 2270, *et seq*, and the Unfair Trade Practices Act.

  26. The UTPCPL authorizes the Court, in its discretion, to award up to three (3) times the actual damages sustained for violations, and/or $100.00 for statutory damages. Plaintiff avers entitlement to all actual and statutory damages, plus treble that amount, and attorney fees and costs, for Defendant's per se and statutory violations of Pennsylvania Law.

<div style="margin-left:3em">

DAVIS CONSUMER LAW FIRM

By: /s/

Fred Davis-PA ID# 93907
Attorney for Plaintiff, KEVIN H. BOGGS
2300 Computer Rd.-Ste G37
Willow Grove, Pa  19090
Tel – 1-855-432-8475/Facsimile-1-855-435-9294
Email: fdavis@usacreditlawyer.com

</div>

## VERIFICATION

Fred Davis, states that he is the attorney for the Plaintiff herein; that he is acquainted with the facts set forth in the foregoing Complaint; that same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the Penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsifications to authorities.


DAVIS CONSUMER LAW FIRM

By:   /s/ _____

Fred Davis-PA ID# 93907
Attorney for Plaintiff, KEVIN B  BOGGS
2300 Computer Rd.-Ste C59
Willow Grove, Pa  19090
Tel – 1-855-432-8475/Facsimile-1-855-435-9294
Email: fdavis@usacreditlawyer.com

*2018-08253-MJ*



Davis Consumer Law Firm
2300 Computer Road, Suite G-30
Willow Grove, PA 19090
P: (855) 413-2475
F: (855) 415-5214
E: jdavis@usconsumerlawyer.com
www.usconsumerlawyer.com | www.usallergolawyer.com

7016 1130 0000 8722 1607

# EXHIBIT B

COURT OF COMMON PLEAS OF CHESTER COUNTY
COMMONWEALTH OF PENNSYLVANIA

KEVIN H. BOGGS
159 Hunt Dr.
HORSHAM, PA
19044

Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS
7831 Glenroy Rd-Ste 250
Edina, MN
55439-3117

Defendant.

NOTICE OF FILING
NOTICE OF REMOVAL

Case No. 2018-08253-MJ

PLEASE TAKE NOTICE that defendant, Radius Global Solutions, LLC incorrectly
named Radius Global Solutions, LLC ("RGS), has filed a Notice of Removal removing this
action with the United States District Court, Eastern District of Pennsylvania. A copy of the
notice is attached hereto as **Exhibit 1**.

The removal of this action was authorized by 28 U.S.C. § 1446. The state court is now
precluded from conducting any further proceedings unless and until the action is remanded
from the United States District Court for the Eastern District of Pennsylvania.

Dated: September 14, 2018                  Respectfully Submitted,

                                           /s/ Andrew J. Blady
                                           Andrew J. Blady
                                           SESSIONS FISHMAN NATHAN & ISRAEL
                                           3682 Green Ridge
                                           Furlong, PA 18925

1

Telephone: (267) 544-0840
Facsimile: (267) 935-7382
E-Mail: ablady@sessions.legal
*Attorney for Defendant*
*Radius Global Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018 a copy of the foregoing was forwarded

to counsel of record listed below, via U.S. Mail.

Frederick Edward Davis, IV
Davis Consumer Law Firm
2300 Computer Road, Suite G39
Willow Grove, PA  19090
Attorney for Plaintiff

/s/ Andrew J. Blady
Andrew J. Blady

2